### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 06-cv-00771-REB-MJW

LES HARVEY,

    Plaintiff,

v.

VERIO INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before me on the **Stipulation for Dismissal With Prejudice** [#27], filed January 15, 2007.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation for Dismissal With Prejudice** [#27], filed January 15, 2007, is **APPROVED**;

2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3.  That the Trial Preparation Conference set for October 12, 2007, is **VACATED**; and

4.  That the jury trial set to commence November 5, 2007, is **VACATED**.

Dated January 26, 2007, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn**
                                      **United States District Judge**